UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT J. CESPEDES,

Defendant.

Case No. 6:19-mj-00034-HBK-1

ORDER APPOINTING CJA COUNSEL

(Doc. 6)

Defendant, under oath, swore or affirmed his financial inability to employ counsel and moves for appointment of counsel. (Doc. 6).

Accordingly, it is **ORDERED**:

1. In the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the motion (Doc. 6 ) is GRANTED.
2. Yan Shrayberman is appointed to represent the above defendant.
3. This appointment shall remain in effect until the pending criminal case and any direct appeal is resolved.

Dated: November 3, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE